UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:            Case No. 19-52938

DAPHNE JARRETT,            Chapter 13

        Debtor.            Judge Thomas J. Tucker
_____/

## ORDER DENYING MOTION FOR REINSTATEMENT

This case is before the Court on the Debtor's motion entitled "Motion to Reinstate the Chapter 13 Case," filed on February 20, 2020 (Docket # 32, the "Motion"), which the Court construes as a motion for reconsideration of, and for relief from, the Court's February 12, 2020 Order dismissing this case (Docket # 30). The Court will deny the Motion, for the following reasons.

First, the Court finds that the Motion fails to demonstrate a palpable defect by which the Court and the parties have been misled, and that a different disposition of the case must result from a correction thereof. *See* Local Rule 9024-1(a)(3).

Second, the allegations in the Motion do not establish excusable neglect under Fed.R.Civ.P. 60(b)(1), Fed.R.Bankr.P. 9024, or any other valid ground for relief from the order dismissing this case.

Third, the Debtor is not barred from filing a new bankruptcy case.

NOW, THEREFORE,

IT IS ORDERED that the Motion is denied.

**Signed on February 21, 2020**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**